UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BILLY D. LAWRENCE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>SWIFT TRANSPORTATION COMPANY, )<br>INC., )<br>)<br>Defendant. ) | 1:07-cv-197-JDT-WTL |

**ORDER ON MOTION TO TRANSFER VENUE**

For the reasons stated in the court's Entry on Defendant's Motion to Transfer Venue, the Defendant's Motion to Transfer pursuant to 28 U.S.C. § 1404(a) should be granted. It is therefore, **ORDERED** that this action will be and is hereby transferred to the U.S. District Court of Kansas, a court in which the action could have been brought originally. The Clerk is directed to transmit the complete file in this case to the U.S. District Court of Kansas forthwith.

ALL OF WHICH IS ORDERED this 8th day of November 2007.

Laura A. Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

_____
By Evelyn A. Hollins, Deputy Clerk

Copies to:

Misti Presnell DeVore
SCOPELITIS GARVIN LIGHT HANSON & FEARY PC
mdevore@scopelitis.com

Thomas E. Farrell
SCOPELITIS GARVIN LIGHT & HANSON
tfarrell@scopelitis.com

Peter H. Rosenthal
LAW OFFICE OF PETER H. ROSENTHAL
atyrosenthal@aol.com